No. 356, Misc.  MARKS *v.* RAGEN, WARDEN.  On petition for writ of certiorari to the Circuit Court of Randolph County, Illinois; and

No. 404, Misc.  JAMES *v.* RAGEN, WARDEN.  On petition for writ of certiorari to the Criminal Court of Cook County, Illinois.  The petition for writ of certiorari in each of these cases is denied without consideration of the questions raised therein and without prejudice to the institution by petitioner of proceedings in any Illinois state court of competent jurisdiction under the Act of August 4, 1949, entitled: "An Act to provide a remedy for persons convicted and imprisoned in the penitentiary, who assert that rights guaranteed them by the Constitution of the United States or the State of Illinois, or both, have been denied or violated, in proceedings in which they were convicted."  Laws of Illinois, 1949, p. 722.

*Rehearing Denied.*

No. 77.  SOLESBEE *v.* BALKCOM, WARDEN, *ante,* p. 9;

No. 119.  WISSNER ET AL. *v.* WISSNER, 338 U. S. 655;

No. 488.  NATIONAL MARITIME UNION OF AMERICA ET AL. *v.* NATIONAL LABOR RELATIONS BOARD, 338 U. S. 954;

No. 301, Misc.  TATE *v.* HEINZE, WARDEN, 338 U. S. 956; and

No. 316, Misc.  STORY *v.* BURFORD, WARDEN, 338 U. S. 951.  The petitions for rehearing in these cases are severally denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of these applications.

No. 76, Misc., October Term, 1945.  STIZZA *v.* ESSEX COUNTY JUVENILE AND DOMESTIC RELATIONS COURT, 326 U. S. 696.  Second petition for rehearing denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.